STATE OF CONNECTICUT *v.* MICHAEL HYDOCK

The defendant's petition for certification for appeal from the Appellate Court, 51 Conn. App. 753 (AC 16668), is denied.

*Paul R. Kraus*, special public defender, in support of the petition.

*Judith Rossi*, senior assistant state's attorney, in opposition.

Decided May 6, 1999

---

MARINE MIDLAND BANK *v.* PATRICK M. AHERN ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 51 Conn. App. 790 (AC 18041), is granted, limited to the following issue: